UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------

UNITED STATES OF AMERICA

     -against-

MICHAEL MUNGIN,

          Defendant.

No. 97-CR-1105 (LAP)

ORDER

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    Defendant Michael Mungin submits an "Omnibus Motion" [dkt. no. 239] seeking (1) reconsideration pursuant to Fed. R. Civ. P. 59(e); (2) relief from judgment pursuant to Fed. R. Civ. P. 60(d); or (3) modification of his sentence under 18 U.S.C. § 3582.  Related to that motion, Mr. Mungin also moves for appointment of counsel [dkt. no. 241], a status conference [dkt. no. 246], and a hearing [dkt. no. 269].

    The Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

    Within thirty days of the date of this order, the U.S. Attorney's Office shall file an answer or other pleadings in response to Mr. Mungin's motions.  Mr. Mungin shall have thirty days from the date on which he is served with the answer to file a response.  Absent further order, the motions will be considered fully submitted as of that date.

The Clerk of the Court shall mail a copy of this order to Mr. Mungin.

**SO ORDERED.**

Dated: October 20, 2020
       New York, New York

_____
LORETTA A. PRESKA, U.S.D.J.

2