UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    -against-<br><br>MICHAEL MUNGIN,<br>           Defendant. | No. 97-CR-1105 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    The documents Mr. Mungin requested [dkt. no. 272] are being mailed to him, but for sealed materials. Those will be reviewed and, if appropriate, mailed at a later date. Mr. Mungin's motions are being considered by the Court. The Clerk of the Court shall mail a copy of this order to Mr. Mungin.

**SO ORDERED.**

Dated:  October 30, 2020
        New York, New York

                                            *[signature]*
                                       _____
                                        LORETTA A. PRESKA, U.S.D.J.