UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>MICHAEL MUNGIN,<br><br>                    Defendant. | No. 97-CR-1105 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Mr. Mungin's request to hold the matter in abeyance [dkt. no. 282] is GRANTED.  He shall report to the Court by letter no later than February 25, 2021 as to his ability to file his reply.  The Clerk of the Court shall mail a copy of this order to Mr. Mungin.

**SO ORDERED.**

Dated:     January 25, 2021
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge