UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>MICHAEL MUNGIN,<br><br>                    Defendant. | No. 97-CR-1105 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

   The Court is in receipt of Mr. Mungin's letter dated March 23, 2021.  (See dkt. no. 293.)  On January 25, 2021, the Court granted Mr. Mungin's request to hold this matter in abeyance.  (See dkt. no. 283.)  By no later than April 27, 2021, Mr. Mungin shall report to the Court as to his ability to file a reply.  The Clerk of the Court shall mail a copy of this order to Mr. Mungin.

**SO ORDERED.**

Dated:    March 30, 2021
          New York, New York

                                    _____
                                    LORETTA A. PRESKA
                                    Senior United States District Judge

1