UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    -against-

MICHAEL MUNGIN,

         Defendant.

No. 97-CR-1105 (LAP)

ORDER

---

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    Defendant Michael Mungin submits a petition for compassionate release and reduction of sentence under the First Step Act of 2018. [Dkt. no. 318.] The Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

    The U.S. Attorney's Office shall respond to Mr. Mungin's motion by December 12, 2022. The Clerk of the Court shall mail a copy of this order to Mr. Mungin.

**SO ORDERED.**

Dated:  November 28, 2022
       New York, New York

                              *Loretta A. Preska*
                              _____
                              LORETTA A. PRESKA, U.S.D.J.