UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

          Plaintiff,

-against-

MICHAEL MUNGIN,

          Defendant.

No. 97-CR-1105 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the Government's response to Defendant Michael Mungin's petition for compassionate release. (Dkt. no. 321.) Mr. Mungin shall file a reply by January 13, 2023. The Clerk of the Court shall mail a copy of this order to Mr. Mungin.

**SO ORDERED.**

Dated:  December 16, 2022
       New York, New York

                                             */s/ Loretta A. Preska*
                                             LORETTA A. PRESKA
                                             Senior United States District Judge